**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Norman Malcolm BARTON, a/k/a**
**Doggie, Defendant–Appellant.**

**No. 01–7214.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Norman Malcolm Barton, Appellant Pro Se. John Stuart Bruce, United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Norman Malcolm Barton seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Barton,* Nos. CR–88–46–H; CA–01–295–5–H (E.D.N.C. June 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*